# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF LOUISIANA
# LAFAYETTE DIVISION

| | |
|---|---|
| **PATRICK GUILLORY, JR.** | **CIVIL ACTION NO. 6:18-1154** |
| **VERSUS** | **JUDGE TERRY A. DOUGHTY** |
| **KRISTEN EARLS, ET AL.** | **MAG. JUDGE CAROL WHITEHURST** |

## JUDGMENT

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a <u>de novo</u> review of the record, finding that the Magistrate Judge's Report and Recommendation is correct,

**IT IS FURTHER ORDERED, ADJUDGED, AND DECREED** that Plaintiff's Complaint is **DISMISSED WITH PREJUDICE** for failure to state a claim upon which relief can be granted and for seeking monetary relief against a defendant who is immune from such relief.

**MONROE, LOUISIANA, this 14th day of November, 2018.**

_____
TERRY A. DOUGHTY
UNITED STATES DISTRICT JUDGE